# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 18, 2016

## NO. 03-16-00676-CR

**Jeremy Teak Palmer, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND BOURLAND
### DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE BOURLAND

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.